IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JOSEPHINE QUIGLEY and KARIBA HOLDINGS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY MANAGEMENT, INC., TED KARKUS, EAST BAY MANAGEMENT, LTD, SCOTT STRADY, and JOHN DOE,<br><br>Defendants. | CIVIL ACTION<br>NO. 13-5547 |

## ORDER

**AND NOW**, this 17th day of June, 2014, upon consideration of the Motion to Dismiss filed by Defendant Ted Karkus (Docket #2) and all supporting and opposing papers, and after argument held, it is hereby **ORDERED** as follows:

1. With respect to Counts I, III, V, and VII, the Motion is **GRANTED** and these counts are **DISMISSED WITH PREJUDICE**.[1] The Clerk is directed to terminate Plaintiff Kariba Holdings Limited and Defendants East Bay Management, Inc., and Scott Strady as parties to this action.[2]

2. With respect to Counts IV and VI, the Motion is **DENIED**.

3. With respect to Counts II and VIII, the Motion is **GRANTED** and these counts are **DISMISSED WITHOUT PREJUDICE**. Plaintiff Estate of Josephine Quigley may file an amended complaint within **thirty** days.

---

[1] As explained in the accompanying memorandum opinion, although only Defendant Karkus has appeared and moved to dismiss, these counts are dismissed with prejudice as to all Defendants against whom they are asserted.

[2] Count IX is not an independent cause of action and is not dismissed, but no claims remain with respect to these parties.

2

It is further **ORDERED** that Plaintiff Estate of Josephine Quigley shall show cause within **fifteen** days why this case should not be dismissed with respect to East Bay Management, Ltd., for lack of service.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.