IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JOSEPHINE QUIGLEY and KARIBA HOLDINGS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY MANAGEMENT, INC., TED KARKUS, EAST BAY MANAGEMENT, LTD, SCOTT STRADY, and JOHN DOE,<br><br>Defendants. | CIVIL ACTION<br>NO. 13-5547 |

## ORDER

**AND NOW**, this 25th day of August, 2014, upon receipt of a joint request to extend the stay of this matter while the parties finalize settlement, it is hereby

**ORDERED** that this matter is **STAYED** for another **30 days** from the date of this Order.

Counsel shall promptly notify the Court of any reason that this stay should be lifted.

BY THE COURT:

*s/JEFFREY L. SCHMEHL*
Jeffrey L. Schmehl, J.