IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF JOSEPHINE QUIGLEY<br>AND<br>KARIBA HOLDINGS, LTD<br>    Plaintiffs<br><br>V.<br><br>EAST BAY MANAGEMENT, INC.;<br>TED KARKUS, SCOTT STRADY<br>AND EAST BAY MANAGEMENT LTD<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: Case No. 2:13-cv-05547<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE

Plaintiffs, The Estate of Josephine Quigley and Kariba Holdings, Ltd., hereby give notice that Plaintiffs are stipulating to the voluntary dismissal of their Complaint and all claims against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which has been agreed upon by all parties who appeared in this action. Each party shall bear its own fees and costs.

Respectfully Submitted,

Isgate, Chiccarine & DeGroot, PC

By: _____
Ronald C. Isgate, Esquire
Counsel for Plaintiffs

Reed Smith, LLP

By: _____
Brooke N. Wallace, Esquire
Counsel for Defendant Ted Karkus